# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2018

154864

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

HERBERT MARKEASE GERMAN,
      Defendant-Appellant.

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SC: 154864
COA: 334489
Oakland CC: 2011-235490-FC

_____/

      On order of the Court, the application for leave to appeal the October 28, 2016 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).





      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2018

Clerk

t0905